**[Cite as *State ex rel. Spaulding v. Indus. Comm.*, 93 Ohio St.3d 653, 2001-Ohio-1893.]**

THE STATE EX REL. SPAULDING, APPELLEE, *v.* INDUSTRIAL COMMISSION OF

OHIO ET AL.; KROGER COMPANY, APPELLANT.

**[Cite as *State ex rel. Spaulding v. Indus. Comm.* (2001), 93 Ohio St.3d 653.]**

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 01-817 — Submitted November 13, 2001 — Decided December 19, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-640.

_____

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Robert A. Muehleisen*, for appellee.

*Porter, Wright, Morris & Arthur* and *Karl J. Sutter*, for appellant.

_____